**IT IS ORDERED as set forth below:**



**Date: July 31, 2023**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| TONY DEWAYNE NOLES<br>TERRI ANN NOLES | Case No. 18-41917 BEM |
| Debtors. | Chapter: 13 |
| | Judge: ELLIS-MONRO |

### CONSENT ORDER ON MOTION TO RECONSIDER ORDER OF DISMISSAL

IT APPEARING that a Motion to Reconsider Order of Dismissal (Doc. No. 70) was filed on June 12, 2023 along with a Notice of Hearing setting the matter down for July 19, 2023 at 10:00 a.m.; and

IT FURTHER APPEARING that no party filed a response in opposition to the Debtors' motion; therefore

**IT IS HEREBY ORDERED** that the Debtors' Motion is **GRANTED.** The Order of Dismissal is vacated, the automatic stay is re-imposed to the extent it existed at the time this case was dismissed, and the Chapter 13 case is hereby re-instated under the terms and conditions set forth in this order.

**IT IS FURTHER ORDERED** that the Debtors shall remit $4,051.00 to the Trustee within ten (10) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the case shall proceed under strict compliance for the life of the case, and

**IT IS FURTHER ORDERED**, that should a default occur with the above-referenced terms or with making the regular monthly plan payments during the course of the case, the Trustee may submit a Supplemental Report recommending dismissal, and, on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of dismissal without additional notice or hearing. The Clerk of Court is directed to serve a copy of the Order on Debtor(s), the Debtors' Attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

Prepared and submitted by:

Reviewed by/Consented to by:

/s/Brian R. Cahn
Brian R. Cahn, Attorney for Debtors
Georgia Bar No. 101965
Brian R. Cahn & Associates, LLC
PO Box 3696
Cartersville, GA 30120
 (770) 382-8900

/s/ *Sonya Buckley Gordon*
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
Georgia Bar No. 140987
(Signed w/ express permission by Brian R. Cahn)
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303

**Distribution List:**

Chapter 13 Trustee
K. Edward Safir
285 Peachtree Center Ave NE
Suite 1600
Atlanta, GA 30303-1740

Buy Here Pay Here USA LLC
J. Andrew Owens
Law Office of J. Andrew Owens, LLC
P. O. Box 627
Rome, GA 30162

Vanderbilt Mortgage and Finance, Inc.
John A. Medina
Kenney & Medina, PC
593 Main Street
Suwanee, GA 30024

Chattooga County Tax Commissioner
c/o Joy Hampton
120 Cox Street
Summerville, GA 30747

Georgia Department of Revenue
c/o Sandra Klass
1800 Century Blvd., NE
Ste. 9100
Atlanta, GA  30345

Terri Ann Noles
1305 Back Berryton Rd
Summerville, GA 30747-7219

Tony Dewayne Noles
1305 Back Berryton Rd
Summerville, GA 30747-7219

American Credit Acceptance/Auto Finance
c/o Kindra Sowder
961 E. Main Street
Spartanburg, SC  29302

Internal Revenue Service
c/o C. Rakes
801 Broadway M/S MDP 146
Nashville, GA  37203

 All parties on the mailing matrix.